IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SYMBOLOGY INNOVATIONS LLC, | ) |
| *Plaintiff*, | ) ) ) |
| v. | ) C.A. No. 1:19-cv-01024-RGA ) ) |
| CONAGRA BRANDS, INC., | ) ) |
| *Defendant*. | ) ) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Symbology Innovations LLC, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, herby provides notice that it dismisses WITH PREJUDICE all claims in this cause of action against Defendant Conagra Brands, Inc. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: September 27, 2019              Respectfully submitted

/s/ Stamatios Stamoulis
Stamatios Stamoulis #4606
stamoulis@swdelaw.com
Richard C. Weinblatt #5080
weinblatt@swdelaw.com
800 N. West Street Third Floor
Wilmington, DE 19801
(302) 999-1540

KIRK. J. ANDERSON (SBN 289043)
kanderson@budolaw.com
BUDO LAW, LLP
5610 Ward Rd., Suite #300
Arvada, CO 80002
(720) 225-9440 (Phone)
(720) 225-9331 (Fax)

*Attorney(s) for Plaintiff Symbology Innovations, LLC.*

SO ORDERED.

Dated:_____

_____
Honorable Richard G. Andrews
U.S. District Judge